UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR8 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| DARIO RODRIGUEZ-CANCELA, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 23rd day of September, 2008, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On July 18, 2008, the Court entered an Amended Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 1028(a)(5) and 1028(b)(5), based upon the Defendant's plea of guilty to Counts I and III of the Indictment filed herein. By way of said Amended Preliminary Order of Forfeiture, the Defendant's interest in $12,860.00 in United States Currency, a HP Pavillion dv6000 laptop computer, serial number CNF7081D58, a Samsung ML-2510 Laser Printer, serial number CNE1JC9603352RBWW6P1K1982, three computer discs, one paper cutter and two digital cameras was forfeited to the United States.

2. On August 7, 14 and 21, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal

interest(s) in said properties. An Affidavit of Publication was filed herein on September 22, 2008 (Filing No. 36).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the $12,860.00 in United States Currency, a HP Pavillion dv6000 laptop computer, serial number CNF7081D58, a Samsung ML-2510 Laser Printer, serial number CNE1JC9603352RBWW6P1K1982, three computer discs, one paper cutter and two digital cameras, held by any person or entity, are hereby forever barred and foreclosed.

C. The $12,860.00 in United States Currency, a HP Pavillion dv6000 laptop computer, serial number CNF7081D58, a Samsung ML-2510 Laser Printer, serial number CNE1JC9603352RBWW6P1K1982, three computer discs, one paper cutter and two digital cameras, be, and the same hereby are, forfeited to the United States of America .

D. The United States Department of Homeland Security is directed to dispose of said properties in accordance with law.

ORDERED this 23rd day of September, 2008.

        **BY THE COURT:**

        s/ Joseph F. Bataillon
        **JOSEPH F. BATAILLON, CHIEF JUDGE**
        **United States District Court**